IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **MAREN MAGGIO**, | Case No. 3:23-cv-116-JR |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **OREGON HEALTH & SCIENCE UNIVERSITY, an Oregon Public Corporation and Governmental Entity**, | |
| Defendant. | |

Based on the Court's ORDER,

    **IT IS ADJUDGED** that this case is DISMISSED without prejudice.

DATED this 28th day of March, 2024.

                            /s/ *Michael H. Simon*
                            Michael H. Simon
                            United States District Judge

PAGE 1 – JUDGMENT